Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-15764-AMC**

TYREE J. MOBLEY
6209 Magnolia Street
Philadelphia  PA    19144

Petition Filed Date: 09/16/2019
341 Hearing Date: 10/25/2019
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | $575.00 | | 02/12/2020 | $287.00 | | 03/05/2020 | $287.00 | |
| 05/08/2020 | $200.00 | | 06/11/2020 | $287.00 | | 07/02/2020 | $287.00 | |
| 08/10/2020 | $289.00 | | 10/07/2020 | $300.00 | | 10/27/2020 | $830.00 | |
| 11/16/2020 | $307.00 | | 12/03/2020 | $370.00 | | 12/29/2020 | $340.00 | |
| 01/26/2021 | $370.00 | | 02/24/2021 | $370.00 | | 03/23/2021 | $370.00 | |
| 04/23/2021 | $370.00 | | 05/24/2021 | $370.00 | | | | |

**Total Receipts for the Period:  $6,209.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $6,783.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | COMCAST INC<br>»» 001 | Unsecured Creditors | $163.95 | $0.00 | $163.95 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»» 002 | Mortgage Arrears | $15,262.76 | $3,595.91 | $11,666.85 |
| 3 | AMERICAN HERITAGE CREDIT UNION<br>»» 003 | Unsecured Creditors | $541.26 | $0.00 | $541.26 |
| 4 | DEPARTMENT STORE NATIONAL BANK<br>»» 004 | Unsecured Creditors | $1,387.03 | $0.00 | $1,387.03 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $292.88 | $0.00 | $292.88 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,640.00 | $2,640.00 | $0.00 |

**Chapter 13 Case No. 19-15764-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,783.00 | Current Monthly Payment: | $334.00 |
| Paid to Claims: | $6,235.91 | Arrearages: | ($197.00) |
| Paid to Trustee: | $547.09 | Total Plan Base: | $19,946.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.