| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-15764-AMC**

TYREE J. MOBLEY
6209 Magnolia Street
Philadelphia  PA    19144

Petition Filed Date: 09/16/2019
341 Hearing Date: 10/25/2019
Confirmation Date: 02/26/2020

Case Status: Dismissed After Confirmation on 7/21/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $370.00 | | 05/24/2021 | $370.00 | | 06/21/2021 | $370.00 | |
| 11/30/2021 | $1,200.00 | | 01/18/2022 | $370.00 | | 04/11/2022 | $1,100.00 | |

**Total Receipts for the Period:  $3,780.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,823.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | COMCAST INC<br>»» 001 | Unsecured Creditors | $163.95 | $0.00 | $163.95 |
| 2 | FREEDOM MORTGAGE CORPORATION<br>»» 002 | Mortgage Arrears | $15,262.76 | $6,385.31 | $8,877.45 |
| 3 | AMERICAN HERITAGE CREDIT UNION<br>»» 003 | Unsecured Creditors | $541.26 | $0.00 | $541.26 |
| 4 | DEPARTMENT STORE NATIONAL BANK<br>»» 004 | Unsecured Creditors | $1,387.03 | $0.00 | $1,387.03 |
| 5 | CITY OF PHILADELPHIA (LD)<br>»» 005 | Secured Creditors | $292.88 | $0.00 | $292.88 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,640.00 | $2,640.00 | $0.00 |

Chapter 13 Case No. 19-15764-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $9,823.00 | Current Monthly Payment: | $334.00 |
| Paid to Claims: | $9,025.31 | Arrearages: | $0.00 |
| Paid to Trustee: | $797.69 | Total Plan Base: | $19,946.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.